**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **JILL EDGLEY, individually, and on behalf of all others similarly situated,** )<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| v.   ) | No.: 8:11-cv-02731-EAK-TGW |
| ) | |
| **STONEBRIDGE BENEFIT SERVICES, INC.,** )<br>**a Delaware corporation,** )<br>**J.C. PENNEY CORPORATION, INC.,** )<br>**a Delaware corporation,** )<br>) | |
| **Defendants.** ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Jill Edgley ("Edgley") and Defendants Stonebridge Benefit Services, Inc. and J.C. Penney Corporation, Inc. ("Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of Plaintiff Edgley's individual claims against Defendants in this action with prejudice, and the claims of the putative class in this case, *without prejudice*. The Parties shall bear their own costs and attorneys' fees except as otherwise agreed upon pursuant to settlement..

IT IS SO STIPULATED.

                                      **STONEBRIDGE BENEFIT SERVICES, INC.**,
                                      and **J.C. PENNEY CORPORATION, INC.**,

                           By:   /s/ Elizabeth G. Doolin
                                 One of the Attorneys for Stonebridge Benefit
                                 Services, Inc. and J.C. Penney Corporation,
                                 Inc.
                                 Elizabeth G. Doolin (Admitted *Pro*
                                 *Hac Vice*) Illinois Bar No. 6210358
                                 CHITTENDEN, MURDAY & NOVOTNY LLC
                                 303 W. Madison St., Suite 1400
                                 Chicago, IL 60606
                                 312.281.3600

        312.281.3678 (fax)
        edoolin@cmn-law.com

        Brett J. Preston
        Florida Bar Number 603716
        David L. Luikart III
        Florida Bar Number 21079
        HILL WARD HENDERSON
        101 East Kennedy Boulevard,
        Suite 3700
        Tampa, Florida 33602
        (813) 221-3900
        (813) 221-2900 (fax)
        bpreston@hwhlaw.com
        dluikart@hwhlaw.com

**JILL EDGLEY**,

By: /s/ Benjamin H. Richman (w/consent)
   One of Plaintiff's Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 30, 2014, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the U.S. District Court, Middle District of Florida, Tampa Division, using the CM/ECF system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

Steven William Teppler, Esq.
EDELSON PC
5715 Firestone Ct.
Sarasota, Florida  34238
steppler@edelson.com

Jay Edelson, Esq.
Rafey S. Balabanian, Esq.
Christopher L. Dore, Esq.
Benjamin H. Richman, Esq.
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
jedelson@edelson.com
rbalabanian@edelson.com
cdore@edelson.com
brichman@edelson.com

Brett J. Preston, Esq.
David L. Luikart, III, Esq.
HILL WARD HENDERSON, PA
101 E. Kennedy Blvd.
Suite 3700
Tampa, Florida  33601
bpreston@hwhlaw.com
dluikart@hwhlaw.com

       /s/ Elizabeth G. Doolin
One of the Attorneys for Stonebridge Benefit Services, Inc. and J.C. Penney Corporation, Inc.
Elizabeth G. Doolin (Admitted *Pro Hac Vice*) Illinois Bar No. 6210358
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison St., Suite 1400
Chicago, IL 60606
312.281.3600
312.281.3678 (fax)
edoolin@cmn-law.com